# EXHIBIT A

# PLAINTIFF'S LETTER DATED JULY 13, 2023

Rebekah Harris
2615 Chipmunk ct.
Bear, DE 19701
RebekahEstelle214@gmail.com
302-898-7354
07/13/2023

TransUnion LLC
Attention: Legal Department
555 West Adams Street
Chicago, IL, 60661

Re: Notice of Lawsuit for Defamation of Character without Goodwill (Pro Se)
**Justice Of Peace Court of The State OF Delaware: Civil Action # JP13-23-007912**

To Whom It May Concern,

I hope this letter finds you well. I am writing to provide TransUnion LLC, as the principal, with notice of the lawsuit I have filed against your company for defamation of character without goodwill under the provisions of 15 USC 1681. As I am representing myself in this matter (pro se), I am providing this notice directly to the agent and consider it a notice to the principal as well.

I want to bring to your attention the false and damaging information that TransUnion LLC has disseminated about me in my consumer report. Specifically, your company has included alleged debts owed to fraudulent companies in my consumer report, which has caused significant harm to my personal and professional life. This dissemination of false information violates the provisions of 15 USC 1681.

I want to emphasize the seriousness of the situation. The false information regarding alleged debts owed to fraudulent companies, which TransUnion LLC has communicated to financial institutions and creditors, has had a detrimental impact on my reputation and financial standing. Such false reporting can have severe consequences, both financially and emotionally.

Under the provisions of 15 USC 1681, TransUnion LLC may be held liable for actual damages, punitive damages, and attorney's fees for knowingly and willfully obtaining and disseminating false information about an individual from a consumer reporting agency.

While I am representing myself in this lawsuit, I want to advise TransUnion LLC to seek legal counsel to represent its interests and provide guidance throughout the legal process. However, if TransUnion LLC chooses to proceed without legal representation, it is your responsibility to familiarize yourselves with the relevant laws, rules, and procedures governing this lawsuit.

Please note that all future communications regarding the lawsuit should be directed to the court address listed in the court documents. TransUnion LLC is obligated to stay informed about the progress of the case and comply with any deadlines or requirements set forth by the court.

It is in both our interests to resolve this matter amicably. If TransUnion LLC is open to discussing a potential resolution outside of court, please notify me in writing, and I will consider your proposal in good faith.

I trust that TransUnion LLC will treat this matter with the seriousness it deserves and take appropriate action. Your cooperation is appreciated as we navigate through the legal process.

Thank you for your attention to this matter.

Sincerely,

Rebekah Harris