# EXHIBIT C

# COMPLAINT

# IN THE UNITED STATES
# JUSTICE OF THE PEACE COURT
# IN THE STATE OF DELAWARE

**Plaintiff: Rebekah Harris**
**2615 Chipmunk ct. Bear, DE 19701**

**Defendant: TransUnion LLC**
**555 W Adams st. Chicago, IL 60606**

# IN THE UNITED STATES
# JUSTICE OF THE PEACE COURT
# IN THE STATE OF DELAWARE

## NATURE AND STAGE OF PROCEEDING

I Plaintiff, Rebekah E Harris am filing this action against TransUnion for the violation of 15 USC 1681 and  Defamation of Character

## PARTIES

Plaintiff, Rebekah E Harris "Rebekah Harris"
Defendant, TransUnion LLC "TransUnion"

## SUMMARY OF ARGUMENT

1. The court should award I Rebekah E Harris compensatory damages to cover financial losses incurred as a direct result of the defamation

2. The court should award I Rebekah E Harris Punitive damages to deter the defendant from future defamatory actions against I Rebekah E Harris

3. The court should rule in my Rebekah E Harrisr for there to be an injunction preventing the defendant TransUnion LLC from making further defamatory statements about I Rebekah E Harris.

4. The Court should award any other appropriate relief deemed necessary.

## STATEMENT OF FACTS

1. For multiple years, I have encountered substantial inaccuracies in the consumer report provided to me by TransUnion LLC. These inaccuracies have had a detrimental effect on my creditworthiness, resulting in discriminatory treatment and rejections from companies such as Upstart Holdings, Onemain Financial, and Barclays Bank. **SEE EXHIBIT A, EXHIBIT B, EXHIBIT C, EXHIBIT D**
2. TransUnion has transmitted false information to these financial institutions, falsely indicating that I legally owed debts to companies Portfolio Recovery, Regional Acceptance Corp., and have made late payments to Capital One credit card company.

**SEE EXHIBIT A, EXHIBIT B, EXHIBIT C**

3.  TransUnion has shared this information with Credit Karma, a multinational finance company, Experian Inc, Navy FCU, WEBANK, Klarna, One Main Financial, Lending Point LLC, to name a few of the non affiliated third parties the defendant has communicated this information to.

**SEE EXHIBIT A, EXHIBIT B, EXHIBIT C**

4.  Despite numerous attempts to rectify these issues through online disputes and phone calls, explaining my consumer rights to their agents, they only conducted an investigation after repeated insistence. TransUnion failed to fulfill their responsibility of acting fairly, impartially, and respecting my right to privacy by communicating unverified information to others. This investigation should have been conducted prior to sharing any information as factual pursuant to 15 USC 1681.

5.  Following the investigation, TransUnion decided to remove all collection companies from my consumer report. Additionally, all late payments were eliminated, along with those associated with the Credit Card company Capital One. It was also revealed that Capital One admitted to fraudulent activities after TransUnion's investigation.

**SEE EXHIBIT E, EXHIBIT G, EXHIBIT H,**

6.  Both the defendant and I have come to realize that TransUnion conveyed false or incorrect information as if it were true to myself Rebekah E Harris and multiple third parties. Although my consumer report has been partially corrected, the harm caused and the missed opportunities cannot be reversed.

## LEGAL ARGUMENT

I request the Court to rule in my favor based on the fact that the banking system relies heavily on a credit report that is fair and accurate. Unfortunately, TransUnion has directly hindered the effectiveness of this system by providing incomplete, inaccurate, and false information when furnishing and communicating my consumer credit report to these banking systems. Despite their crucial role in gathering and assessing consumer credit information, they have failed to fulfill their duties, resulting in damage to my reputation and hindering my ability to obtain credit for personal, family, household, and business purposes. Moreover, they have violated my right to privacy by humiliating me through the dissemination of false information, presenting it as factual.

## LEGAL STANDARD

Under Section 15 USC 1681(a)(1), it has been recognized by Congress that the banking system relies on fair and accurate credit reporting. Moreover, Congress has acknowledged that inaccurate consumer credit reports directly hinder the efficiency of the banking system, while unfair credit reporting practices undermine public confidence, which is crucial for the continued functioning of the banking system.

According to Section 15 USC 1681(a)(3)(4), consumer reporting agencies play a vital role in collecting and evaluating consumer credit and information. It is imperative to ensure that these agencies carry out their responsibilities with fairness, impartiality, and respect for consumers' right to privacy.

Section 15 USC 1681(b) Of congressional findings establishes the intention of this subchapter, which is to make it mandatory for consumer reporting agencies to establish fair and equitable procedures that meet the demands of commerce for consumer credit, personal, insurance, and other relevant information. These procedures should ensure the relevance and appropriate use of such information, in compliance with the provisions outlined in Section 15 USC 1681(a).(b).

Furthermore, Section 15 USC 1681(o) states that any person who negligently fails to comply with the requirements imposed by this subchapter concerning any consumer is liable to that consumer. The liability includes the sum of actual damages incurred by the consumer due to the failure, the cost of the action, and reasonable attorney's fees as determined by the court.

Finally, it is important to note the provisions stated in Section 15 USC 1681(b) regarding the circumstances under which a consumer reporting agency may provide a consumer report. These circumstances are limited to the following: 1) In response to a court order issued by a court with appropriate jurisdiction. 2) In accordance with written instructions provided by the consumer to whom the report pertains. 3) When the consumer reporting agency has reasonable grounds to believe that the information will be used in a manner unrelated to the current case. It is crucial to adhere to these specific circumstances outlined in the law when considering the furnishing of a consumer report by a consumer reporting agency.

## COUNT 1
### ESTABLISHING THE STAGE FOR
### THE DEFAMATION OF CHARACTER
### BY TRANSUNION LLC

1. The burden of proof in establishing defamation of character lies with the plaintiffs, who must present the necessary elements to substantiate their claim.
2. The crucial components for proving defamation of character include: 1) A statement falsely presented as a factual assertion. 2) The dissemination or communication of that statement to a third party. 3) Fault that reaches a minimum level of negligence. 4) The resultant damage or harm inflicted upon the person's reputation.
3. The false statement purporting to be fact: The defendant made false statements purporting to be facts, claiming that I owed a debt of $395.00 to Portfolio Recovery

LLC, owed a debt of $1,646 to Regional Acceptance Corp, and had late payments to Capital One, a credit card company. Moreover, the defendant alleged that Capital One provided fraudulent information to them after the investigation, which they then communicated to other companies. Please note Capital One has also made it known that the account that TransUnion was communicating to myself and others was indeed fraudulent. **SEE EXHIBIT A, EXHIBIT B, EXHIBIT C, EXHIBIT F**

4. The Dissemination (publication) and communication of the statement to a third party: TransUnion has communicated this information to third party Credit Karma, a company who identifies as a multinational financial institution, Experian Inc a major credit reporting agency similar to TransUnion, Financial institutions Navy FCU, Upstart Holdings , Onemain Financial, and Barclays Bank. **SEE EXHIBIT B, EXHIBIT C, EXHIBIT A, EXHIBIT D**

5. Fault amounting to at least negligence: Negligence is proved by the defendants breach of duty of the subchapter 15 USC 1681(a)(b) which requires consumer reporting agencies to adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter. The defendant has not adopted such a procedure stated in 15 USC 1681(a)(b) of the congressional findings in regards to my consumer report which is true and evident shown in the exhibits, the actions made before and after the investigation caused by my disputes of the information communicated by the defendant to myself and third parties. The defendant is liable for the damages caused pursuant to 15 USC 1681O for the defendants negligence. Furthermore to also prove fault amounting to at least negligence one must prove the following 1) Duty of care 2)Breach of Duty 3)Causation 4) damages.

   a. (DUTY OF CARE) Pursuant to 15 USC 1681(a)(3) consumer reporting agencies such as TransUnion have assumed a vital role in evaluating consumer credit and other information on consumers. Pursuant to 15 USC 1681(b) Credit reporting agencies are required to adopt procedures for meeting the needs of the commerce for consumer credit [...] with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information pursuant to 15 USC 168. The defendant has failed to do so.

   b. (BREACH OF DUTY) After communicating with representatives from TransUnion, an investigation into my consumer report was initiated, and necessary corrections were made. Through this process, it became apparent that TransUnion failed to fulfill its duty in accurately evaluating information pertaining to me as a consumer. **SEE EXHIBIT E, EXHIBIT F**

   c. (CAUSATION) As a result of the defendant's breach of duty, I experienced embarrassment, mental distress and have experienced discrimination and was denied loans and lines of credit by Navy FCU, Klarna, Upstart Holdings and Onemain Financial, as well as credit cards from Barclays Bank financial

institutions, the defendant communicated with during the previously explained events. The defendant's negligence in fulfilling their duty led to my unfair treatment and discrimination by these companies that provide credit cards, lines of credit and loans.

d.  (DAMAGES)

The defendant's actions have caused me immense emotional distress knowing that my credit could not be extended until fraudulent collections, inaccurate payment history, and personal information not intended for public disclosure were removed from my consumer report. By knowingly communicating false information, despite being legally obligated to implement a system that would prevent such situations, the defendant clearly engaged in discriminatory behavior against me. Moreover, their failure to adopt appropriate systems allowed fraudulent collection agencies to harass me by utilizing the defendant as a medium of communication with me and any third parties seeking information from my consumer report.

Though I have requested that certain information be suppressed in my consumer report by TransUnion pursuant to 15 USC 1681(b), information which  Capital One has also made known to the defendant that the information that they communicated was fraudulent, TranUnion continues to communicate these accounts along with closed accounts that should also be suppressed on my consumer report. Even if the accounts were accurate or valid I have the right pursuant to 15 USC 6802 to opt out of all sharing of my nonpublic personal information such balances or balance increases, late payments or payments made, and etc.

## CONCLUSION

Based on the aforementioned grounds, I, Rebekah E. Harris, respectfully request the following judgment from Defendant Transunion:

1. Granting statutory damages to the Plaintiff.
2. Awarding compensatory damages to the Plaintiff.
3. Ordering the Defendant to cover the costs associated with this legal action, including reasonable fees and expenses.
4. Granting punitive damages to the Plaintiff.
5. Providing any other suitable relief deemed necessary by the court.

## LIST OF EXHIBITS
## IN HARMONY WITH
## SUMMARY OF FACTS AND COUNT 1

1. **EXHIBIT A** Transunion consumer report communicated with experian on 12/03/22
2. **EXHIBIT B** Transunion consumer report communicated to credit karma on 11/26/22
3. **EXHIBIT C** Transunion consumer report communicated to credit karma on 01/11/22
4. **EXHIBIT D** List of inquiring Third parties communicated to by Transunion between 01/2021 and 12/2022
5. **EXHIBIT E** Response letter to disputes, from the defendant to plaintiff dated 12/13/2022 showing Capital One account has been deleted from consumer report
6. **EXHIBIT F** Letter from Capital One admitting to fraud, also Informing myself Rebekah E Harris that they have sent updated information to TransUnion
7. **EXHIBIT G** TransUnion consumer report communicated to experian after investigation dated 07/05/2023
8. **EXHIBIT H** TransUnion consumer report communicated to Credit Karma after investigation

# TABLE OF CONTENTS

NATURE AND STAGE OF PROCEEDINGS……………………………....PAGE 1

PARTIES……………………………………………………………………PAGE 1

SUMMARY OF ARGUMENT………………………………………………PAGE 1

STATEMENT OF FACTS…………………………………………………..PAGE 1

STATEMENT OF FACTS…………………………………………………..PAGE 2

LEGAL ARGUMENT………………………………………………………PAGE 2

LEGAL STANDARD……………………………………………………….PAGE 2

LEGAL STANDARD……………………………………………………….PAGE 3

ESTABLISHING THE STAGE OF DEFAMATION…………………………PAGE 3

ESTABLISHING THE STAGE OF DEFAMATION…………………………PAGE 4

ESTABLISHING THE STAGE OF DEFAMATION…………………………PAGE 5

CONCLUSION……………………………………………………………..PAGE 5



EXHIBIT (A)



**FICO** ⓘ        **TransUnion data Dec 3, 2022**

# 531

● **POOR**

**300**                                           **850**

## Personal information

**NAME**

REBEKAH E HARRIS

**ALSO KNOWN AS**

-

**GENERATIONAL IDENTIFIER**

-

**YEAR OF BIRTH**

1998

**ADDRESSES**

███████████████████

usa.experian.com

**ADDRESSES**



**EMPLOYERS**

HMS HOST

**PERSONAL STATEMENTS**

FOR THE CAPITAL ONE THE CREDIT COMPANY THEY
DID NOT LET ME KNOW THAT I HAVE AN OPTION TO
OPT OUT TO

## Quick actions



**Print your report**
Open a printable version

**File a dispute**
Visit the TransUnion website

## You have 5 open accounts

Total balance: $10,029



3:09

Total balance: $10,029

## Credit cards or credit lines

Total balance: $1,328

# 133% credit usage ⓘ

Credit used: $1,000        Credit limit: $1,000

6%      30%

    **CAPITAL ONE**     ›

**LATE PAYMENT**

| Balance | **$692** |
| --- | --- |
| Balance updated | **Nov 29, 2022** |

    **CAPITAL ONE**     ›

**LATE PAYMENT**

| Balance | **$636** |
| --- | --- |
| Balance updated | **Nov 29, 2022** |

1 closed account ⌄



**EXHIBIT (B)**



View report from

Nov 26, 2022                                                         ⌄

You are viewing an out-of-date report. This does not reflect your current score.

# REBEKAH E HARRIS

### 504
Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

REBEKAH E HARRIS

**EMPLOYMENT INFO**

HMS HOST

**ADDRESSES REPORTED**



# Accounts

Here's every account on your TransUnion report. Click on the account name for more details.

**CREDIT CARDS**

## CAPITAL ONE
Reported: Nov. 19, 2022

$692.00

**Needs Attention**

### Overview

You're currently using **138%** of your account's limit.

| | |
|---|---|
| Balance | Credit limit |
| $692 | $500 |
| Monthly payment | $25 |
| Opened | May 23, 2022 (1 yr, 1 mo) |

### Payment History

You've made **60%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | ✓ | ✓ | ✓ | ✗ | ✗ | | |

✓ Current      ✗ Late      ● Unknown

| | |
|---|---|
| Last payment | Jul. 15, 2022 |
| Current Payment Status | **90-119 Days Late** |
| Amount past due | $127 |



View report from

Jan 11, 2021



You are viewing an out-of-date report. This does not reflect your current score.

Print report

# REBEKAH E HARRIS

**550**
Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

REBEKAH E HARRIS

**EMPLOYMENT INFO**

HMS HOST

**ADDRESSES REPORTED**



## Accounts

Here's every account on your TransUnion report. Click on the account name for more details.

**AUTO LOANS**

**REGIONAL ACCEPTANCE CORP**
Reported: Dec. 31, 2020

$1,646.00  +
**Closed**

**CREDIT CARDS**

**CAPITAL BANK**
Reported: Dec. 20, 2020

$190.00  +
**In good standing**

**STUDENT LOANS**

**MOHELA/DEPT OF ED**
Reported: Nov. 30, 2020

$3,539.00  +
**In good standing**

**MOHELA/DEPT OF ED**
Reported: Nov. 30, 2020

$5,056.00  +
**In good standing**

⌄

# Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your TransUnion report.

**IMW ASSOC DBA WEIMARK**
Inquiry: Oct. 16, 2019

**Miscellaneous**  +

**SUN EAST FEDERAL CREDIT**
Inquiry: Jul. 01, 2019

**Finance/Personal**  +

# Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This

## PORTFOLIO RECOVERY

Reported: Dec. 28, 2020

**$395.00** +

**Needs Attention**

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Jan. 11, 2021, you have no public records on your report.*

## Suggested for your credit

## Suggested cards

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**

## Discover it® Secured Credit Card



⭐ Your chance of approval is **excellent**  ⓘ

| MIN. DEPOSIT | REGULAR PURCHASE APR |
|---|---|
| $200 Refundable | 27.99%* Variable |

| ANNUAL FEE | REWARDS RATE ⓘ |
|---|---|
| $0 | 1% - 2% Cash Back |

Consumer Credit Report for REBEKAH E. HARRIS  File Number: 403838788  Date Issued: 12/13/2022

| | 11/2016 | 10/2016 |
|---|---|---|
| Rating | OK | OK |

### MOHELA/DEPT OF ED ███████ ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )

| | | | |
|---|---|---|---|
| Date Opened: 09/22/2016 | Balance: $0 | Pay Status: | Paid, Closed; was Paid as agreed |
| Responsibility: Individual Account | Date Updated: 12/19/2016 | Terms: | $0 per month, paid Monthly |
| Account Type: Installment Account | Payment Received: $0 | Date Closed: 12/19/2016 | |
| Loan Type: STUDENT LOAN | High Balance: $2,000 | | |

Remarks: CLOSED

| | 11/2016 | 10/2016 |
|---|---|---|
| Rating | OK | OK |

### MOHELA/DEPT OF ED ███████ ( 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005, (800) 666-4352 )

| | | | |
|---|---|---|---|
| Date Opened: 09/22/2016 | Balance: $0 | Pay Status: | Paid, Closed; was Paid as agreed |
| Responsibility: Individual Account | Date Updated: 12/19/2016 | Terms: | $0 per month, paid Monthly |
| Account Type: Installment Account | Payment Received: $0 | Date Closed: 12/19/2016 | |
| Loan Type: STUDENT LOAN | High Balance: $1,000 | | |

Remarks: CLOSED

| | 11/2016 | 10/2016 |
|---|---|---|
| Rating | OK | OK |

### MORGAN PROPERTIES MANAGEMENT COMPANY LLC ███████ ( 215 WEST 125TH STREET, ROOM 410, NEW YORK, NY 10027, (646) 664-8947 )

| | | | |
|---|---|---|---|
| Date Opened: 07/29/2022 | Balance: $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: Joint Account | Date Updated: 10/31/2022 | Terms: | Paid Monthly |
| Account Type: Open Account | Payment Received: $1,800 | Date Paid: | 10/02/2022 |
| Loan Type: RENTAL AGREEMENT | Last Payment Made: 10/02/2022 | | |
| | High Balance: $1,815 | | |

| | 09/2022 | 08/2022 |
|---|---|---|
| Rating | OK | OK |

### OPENSKY CAPITAL BANK NA ███████ PO BOX 8130, RESTON, VA 20195, (800) 859-6412 )

| | | | |
|---|---|---|---|
| Date Opened: 05/22/2020 | Balance: $0 | Pay Status: | Paid, Closed; was Paid as agreed |
| Responsibility: Individual Account | Date Updated: 07/21/2021 | Terms: | Paid Monthly |
| Account Type: Revolving Account | Payment Received: $64 | Date Closed: 07/21/2021 | |
| Loan Type: CREDIT CARD | Last Payment Made: 06/17/2021 | Date Paid: | 06/17/2021 |
| | High Balance: $212 | | |
| | Credit Limit: $300 | | |

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2020 |
|---|---|
| Rating | OK |

## Regular Inquiries

**CAPITAL ONE** ( 15000 CAPITAL ONE, RICHMOND, VA 23238, (800) 955-7070 )  Inquiry Type: Individual
Requested On: 05/23/2022, 07/23/2021

## Promotional Inquiries

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782-8282 )
Requested On: 12/07/2022, 12/03/2022, 12/02/2022, 10/27/2022, 07/27/2022, 07/21/2022, 06/22/2022, 04/20/2022, 03/23/2022

**FIRST PREMIER** ( 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145, (800) 987-5521 )
Requested On: 09/04/2022

**FEB PERSONIFY FINANCIAL** ( 15373 INNOVATION DRIVE, SUITE 380, SAN DIEGO, CA 92128, (888) 578-9546 )
Requested On: 07/12/2022

**CITI CARDS CBNA** ( POB 6241, SIOUX FALLS, SD 57117, (800) 995-5114 )
Requested On: 05/27/2022

**BARCLAYS BANK DELAWARE** ( PO BOX 8803, WILMINGTON, DE 19899, (888) 232-0780 )
Requested On: 04/13/2022

**TBOM/FORTIVA** ( 5 CONCOURSE PKWY, SUITE 300, ATLANTA, GA 30328, (770) 828-2000 )
Requested On: 04/11/2022

To dispute online go to: http://transunion.com/disputeonline

**ALLSTATE INSURANCE** ( 2775 SANDERS RD, NORTHBROOK, IL 60062-6110, (800) 255-7828 )
Requested On: 03/11/2022, 01/07/2022

**TBOM - MILESTONE** ( 15220 NW GREENBRIER PKWY,, SUITE 200, BEAVERTON, OR 97006, (503) 222-9960 )
Requested On: 02/20/2022

**TBOM/ASPIRE** ( PO BOX 105555 SW 1340, ATLANTA, GA 30348, (855) 802-5572 )
Requested On: 02/18/2022

**AXCESS FINANCIAL/CNGO** ( 7755 MONTGOMERY RD, STE 400, CINCINNATI, OH 45236, (888) 296-2274 )
Requested On: 02/17/2022

**CB INDIGO** ( PO BOX 4499, BEAVERTON, OR 97076, (866) 946-9545 )
Requested On: 02/03/2022

**T-MOBILE** ( 12920 SE 38TH STRE, BELLEVUE, WA 98006, (800) 318-9270 )
Requested On: 01/27/2022

## Account Review Inquiries

**REBEKAH HARRIS via KARMATRANSUNION INTERACT** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Permissible Purpose:** CONSUMER REQUEST
Requested On: 12/12/2022

**REBEKAH HARRIS via TRANSUNION INTERACTIVE IN** ( 100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681-3196 )
**Permissible Purpose:** CONSUMER REQUEST
Requested On: 12/11/2022

**CAPITAL ONE** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
Requested On: 12/11/2022

**TRANSUNION CONSUMER INTE** ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816 )
**Permissible Purpose:** CREDIT MONITORING
Requested On: 12/10/2022

**REBEKAH HARRIS via TUCI ARRAY** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Permissible Purpose:** CONSUMER REQUEST
Requested On: 12/08/2022, 12/02/2022, 11/25/2022, 11/19/2022, 11/15/2022, 11/09/2022, 11/03/2022, 10/27/2022, 10/20/2022, 10/17/2022, 10/11/2022, 10/02/2022, 09/25/2022, 09/20/2022, 09/13/2022, 09/06/2022, 08/30/2022, 08/23/2022, 08/16/2022, 08/10/2022, 08/03/2022, 07/28/2022, 07/21/2022, 07/14/2022, 07/07/2022, 06/30/2022, 06/23/2022, 06/16/2022, 06/06/2022, 05/29/2022, 05/21/2022, 05/14/2022, 05/07/2022, 04/30/2022, 04/23/2022

**REBEKAH HARRIS via CREDITWISE CAPONETUI** ( 1680 CAPITAL ONE DRIVE, MCLEAN, VA 22012, (877) 383-4802 )
**Permissible Purpose:** CONSUMER REQUEST
Requested On: 12/07/2022, 11/22/2022, 10/21/2022, 09/20/2022, 08/20/2022, 07/23/2022, 06/23/2022, 05/23/2022, 04/25/2022, 03/28/2022, 02/28/2022, 01/30/2022, 12/31/2021, 12/03/2021, 11/05/2021, 10/04/2021, 09/03/2021, 08/04/2021, 07/08/2021, 05/18/2021, 04/20/2021, 03/24/2021, 02/24/2021, 01/26/2021, 12/30/2020

**PORTFOLIO RECOVERY ASSOCIATES** ( 140 CORPORATE BLVD, NORFOLK, VA 23502, (844) 675-3407 )
Requested On: 12/06/2022

**CONSUMERINFO via CONSUMER INFO.COM** ( PO BOX 2390, ALLEN, TX 75013, (877) 481-6826 )
**Permissible Purpose:** CONSUMER REQUEST
Requested On: 12/03/2022

**CONSUMERINFO.COM** ( 475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397-3742 )
Requested On: 12/03/2022, 11/28/2022, 11/01/2022

**364177185 via CREDITWISE CAPONETUI** ( 1680 CAPITAL ONE DRIVE, MCLEAN, VA 22102, (877) 383-4802 )
**Permissible Purpose:** CREDIT MONITORING
Requested On: 12/01/2022

**277411822 via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Permissible Purpose:** CREDIT MONITORING
Requested On: 12/01/2022

**RADIUS GLOBAL SOLUTIONS** ( 7831 GLENROY RD, SUITE 145, EDINA, MN 55439, (866) 720-0820 )
Requested On: 11/29/2022, 11/09/2021

**TUCI - DC TARGETED** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 11/28/2022

**To dispute online go to: http://transunion.com/disputeonline**

**Consumer Credit Report for** REBEKAH E. HARRIS      **File Number:** 403838788   **Date Issued:** 12/13/2022

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 888-4213 )
Requested On: 11/20/2022

**VERIZON** ( 500 TECHNOLOGY DRIVE, STE 300, WELDON SPRING, MO 63304, (800) 837-4966 )
Permissible Purpose: COLLECTION
Requested On: 10/27/2022

**CAPITAL ONE** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
Requested On: 10/11/2022

**WEBBANKKLARNA** ( 629 N HIGH ST, STE 300, COLUMBUS, OH 43215, (844) 552-7621 )
Requested On: 09/04/2022

**KLARNA** ( 629 NORTH HIGH STREET SUI, TE 300, COLUMBUS, OH 43215, (844) 552-7621 )
Requested On: 09/04/2022

**NAVY FCU** ( 820 FOLLIN LANE, VIENNA, VA 22180, (888) 842-6328 )
Requested On: 08/15/2022

**CAPITAL ONE** ( 15000 CAPITAL ONE DRIVE, US565724, RICHMOND, VA 23238, (800) 955-7070 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 05/23/2022, 07/23/2021

**CAPITAL ONE** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )
Requested On: 05/23/2022, 07/23/2021

**PROSPER MARKETPLACE** ( 221 MAIN ST 3RD FLOOR, SAN FRANCISCO, CA 94105, (866) 615-6319 )
Requested On: 05/11/2022

**UPSTART NETWORK INC** ( 2 CIRCLE STAR WAY, 2ND FLOOR, SAN CARLOS, CA 94070, (650) 204-1000 )
Requested On: 05/11/2022, 06/09/2021, 02/17/2021

**LENDINGPOINT LLC** ( 1301 SHILOH RD NW, SUITE 130, KENNESAW, GA 30144, (888) 969-0959 )
Requested On: 05/11/2022

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298-9773 )
Requested On: 05/11/2022

**PROSPERWEBBANK** ( PROSPER WEBBANK, 221 MAIN STREET SUITE 300, SAN FRANCISCO, CA 94105, (866) 615-6319 )
Requested On: 05/11/2022

**REBEKAH HARRIS via TUCI - LENDING TREE** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 05/11/2022, 02/17/2021

**LENDINGPOINT** ( 1301 SHILOH RD NW, KENNESAW, GA 30144, (888) 969-0959 )
Requested On: 05/11/2022

**PERSONIFY** ( 15373 INNOVATION DR, SUITE 250, SAN DIEGO, CA 92128, (888) 578-9546 )
Requested On: 05/11/2022, 06/09/2021, 02/17/2021

**NETCREDIT FS** ( 175 W JACKSON BLVD., SUITE 1000, CHICAGO, IL 60604, (877) 392-2014 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 05/11/2022

**MARLETTE FUNDING** ( PO BOX 42912, PHILADELPHIA, PA 19101, (855) 282-6353 )
Requested On: 05/11/2022

**ON THE BARRELHEAD INC** ( 1309 E 3RD AVE, UNIT 202, DURANGO, CO 81301, (314) 359-9248 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 05/11/2022

**CENTRAL CREDIT SERVICES** ( 9550 REGENCY SQUARE BLVD, SUITE 602, JACKSONVILLE, FL 32225, (888) 904-1800 )
Requested On: 05/04/2022

**TU INTERACTIVE** ( 100 CROSS ST, 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 03/08/2022

**T-MOBILE** ( 12920 SE 38TH ST, BELLEVIEW, WA 98006, (800) 937-8997 )
Requested On: 01/31/2022

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
Requested On: 11/04/2021

**To dispute online go to: http://transunion.com/disputeonline**

**AFFIRM INC** ( 650 CALIFORNIA STREET, FLOOR 12, SAN FRANCISCO, CA 94108, (855) 423-3729 )
**Requested On:** 09/23/2021

**JPMCB CONSUMER BANK** ( PO BOX 15298, WILMINGTON, DE 19850, (800) 935-9935 )
**Requested On:** 09/07/2021, 09/06/2021, 08/01/2021, 07/22/2021

**CAPITAL ONE** ( 15070 CAPITAL ONE DR, RICHMOND, VA 23238, (800) 955-7070 )
**Requested On:** 07/23/2021

**MERCANTILE ADJ BUREAU 1** ( 165 LAWRENCE BELL DR, SUITE 100, WILLIAMSVILLE, NY 14221, (800) 480-7094 )
**Requested On:** 04/02/2021

**QUINSTREET** ( 950 TOWER LANE, FOSTER CITY, CA 94404, (650) 578-7700 )
**Permissible Purpose:** INSURANCE UNDERWRITING
**Requested On:** 02/17/2021

**LENDING CLUB BANK** ( 595 MARKET ST, SUITE 200, SAN FRANCISCO, CA 94105, Phone number not available )
**Requested On:** 02/17/2021

**STONEYBROOK APA via SCREENING REPORTS INC** ( 220 GERRY DR, WOOD DALE, IL 60191, (866) 389-4042 )
**Permissible Purpose:** TENANT SCREENING
**Requested On:** 01/13/2021

## Consumer Statement

FOR THE CAPITAL ONE THE CREDIT COMPANY THEY DID NOT LET ME KNOW THAT I HAVE AN OPTION TO OPT OUT TO SHARING MY PERSONAL INFORMATION TO THE NON AFFILIATE THIRD PARTY.
(Note: This statement has no expiration date.)

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY
Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: EXETER FINANCE CORP
Requested on: 3/06/2018
Checking Account Inquiries in the Last Month: 0
Checking Account Inquiries in the Last 2 Months: 0
Checking Account Inquiries in the Last 3 Months: 0
Checking Account Inquiries in the Last 6 Months: 0
Checking Account Inquiries in the Last Year: 0
Checking Account Inquiries in the Last 2 Years: 0
DDA Inquiries in the Last 3 Years: 2
Total Days Since First Checking Account Inquiry: 462
Days Since Most Recent DDA Inquiry: 369
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 2

### SUPPLEMENTAL CONSUMER CREDIT INFORMATION
Data Source: CoreLogic Inc. (1 CoreLogic Drive, Westlake, TX 76262, (866) 873-3651)
Requested by: EXETER FINANCE CORP
Requested on: 03/06/2018
Number of Evictions: 0
Auto Finance Inquiries in the Last 3 Months: 2
Auto Finance Inquiries in the Last 6 Months: 2
Auto Finance Inquiries in the Last 9 Months: 2
Auto Finance Inquiries in the Last 12 Months: 2
Auto Finance Inquiries in the Last 24 Months: 2
Auto Finance Inquiries in the Last 7 Years: 2
Cash Advance Inquiries in the Last 3 Months: 0
Cash Advance Inquiries in the Last 6 Months: 0

**To dispute online go to: http://transunion.com/disputeonline**





*** 403838788-026 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

12/13/2022


Information for Good.

PH64V400202461-I033531-099370210

REBEKAH E. HARRIS
1009 PAISLEY LN
NEW CASTLE, DE 19720-3812

Dear REBEKAH E. HARRIS,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

DR 07/18/2023 (COOK03) 1:23-cv-04089-RGA    Document 1-3    Filed 07/27/23    Page 23 of 37 PageID #: 32
File Number:    1:23-cv-04089-RGA    Page 2 of 8
Date Issued:    12/13/2022

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.



**File Number:** 403838788          Page 5 of 8
**Date Issued:** 12/13/2022

# Your Investigation Results

INVESTIGATION RESULTS - DELETED:  The disputed item(s) was removed from your credit report.

**CAPITAL ONE** P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
In response to your dispute, this item was **DELETED** from your credit report.

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**CAPITAL ONE** ▮▮▮▮▮ ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Remarks; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 07/23/2021 | Balance: | $636 | Pay Status: | >Account 60 Days Past Due Date< |
| Responsibility: | Individual Account | Date Updated: | 11/30/2022 | | |
| Account Type: | Revolving Account | Last Payment Made: | 07/18/2022 | Terms: | $61 per month, paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $636 | | >Maximum Delinquency of 60 days in 11/2022 |
| | | Credit Limit: | $500 | | for $67< |
| | | Past Due: | >$67< | | |

Remarks: DISP INVG COMP-RPT BY GRNTR
**Estimated month and year that this item will be removed:** 09/2029

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | 30 | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK |

| | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

**OPENSKY CAPITAL BANK NA** ▮▮▮▮▮▮ ( PO BOX 8130, RESTON, VA 20195, (800) 859-6412 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Rating; Payment Received; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 06/22/2020 | Balance: | $0 | Pay Status: | Paid, Closed; was Paid as agreed |
| Responsibility: | Individual Account | Date Updated: | 07/21/2021 | | |
| Account Type: | Revolving Account | Payment Received: | 06/17/2021 ($64) | Terms: | Paid Monthly |
| Loan Type: | CREDIT CARD | Last Payment Made: | 06/17/2021 | Date Closed: | 07/21/2021 |
| | | High Balance: | $212 | Date Paid: | 06/17/2021 |
| | | Credit Limit: | $300 | | |

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2020 |
|---|---|
| Rating | OK |

**VERIZON** #556081384**** ( 500 TECHNOLOGY DRIVE, WELDON SPRINGS, MO 63304, (800) 837-4966 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Balance; Date Updated; Past Due; Remarks**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 10/29/2019 | Balance: | $106 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 11/30/2022 | Date Closed: | 08/15/2022 |
| Account Type: | Open Account | Payment Received: | ($0) | | |
| Loan Type: | UTILITY COMPANY | High Balance: | $0 | | |
| | | Past Due: | >$106< | | |

Remarks: DISP RSLV/CSMR DSG/CNSM CLS; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 02/2029



Capital One
P.O. Box 30277
Salt Lake City, UT 84130-0277

December 07, 2022

ⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼ

REBEKAH E HARRIS          000037377
2615 CHIPMUNK CT          L111
BEAR, Delaware 19701

Re: Account ending in ▮▮▮
Case Number: ▮▮▮▮▮▮▮▮

Dear REBEKAH E HARRIS,

We are happy to tell you that your identity fraud investigation is now closed. We found the account to be fraudulent and you were not held responsible.

We have sent updated information to the credit reporting agencies for them to remove this Capital One account from your credit file. The credit reporting agencies may take up to 60 days to update the information on your credit report, so please keep this letter for your records.

For more information on how to further protect your identity, you can contact the groups listed below. You can also find valuable information on our website at capital.one/identity-protection.

Federal Trade Commission: 1-877-438-4338 - www.consumer.ftc.gov
Equifax: 1-888-685-1111 - www.equifax.com
Experian: 1-888-397-3742 - www.experian.com
TransUnion: 1-800-680-7289 - www.transunion.com

If you have any questions, please give us a call toll free at 1-800-215-1921. We're available Monday through Friday from 8 a.m. to 8 p.m. ET.

Sincerely,

Capital One

© 2022 Capital One. Capital One is a federally registered service mark.

DR 07/18/2023 (00:00:5) 44-280934-91025490

**EXHIBIT (G)**

2:30

:experian

← **Your credit reports**

Experian    EQ Equifax    TransUnion

## TransUnion® credit report
### REBEKAH E HARRIS
As of Jul 5, 2023 ⌄

FICO ⓘ          TransUnion data Jul 5, 2023

# 567

● POOR

300                                          850

88 days until your next TransUnion® report
refresh

The report refresh included in your membership isn't



2:30

refresh.

**Buy your report**

## Personal information

NAME

REBEKAH E HARRIS

ALSO KNOWN AS

-

GENERATIONAL IDENTIFIER

-

YEAR OF BIRTH

1998

ADDRESSES



EMPLOYERS

HMS HOST

PERSONAL STATEMENTS

FOR THE CAPITAL ONE THE CREDIT COMPANY THEY
DID NOT LET ME KNOW THAT I HAVE AN OPTION TO
OPT OUT TO

DR 07/18/2023 (CURR03) 46:168594:21623450

**2:32**

# You have 3 open accounts

Total balance: $9,299

## Credit cards or credit lines

Total balance: $704

| CAPITAL ONE | > |
|---|---|

| Balance | $704 |
|---|---|
| Balance updated | Jun 13, 2023 |

| OPENSKY CBNK | > |
|---|---|

| Balance | $0 |
|---|---|
| Balance updated | Jul 21, 2021 |

2 closed accounts ^

## Installment accounts

Total balance: $8,595

| MOHELA/DOFED | > |
|---|---|

| Balance | $5,056 |
|---|---|
| Balance updated | May 31, 2023 |

usa.experian.com

2:33

### MOHELA/DOFED    >

Balance                          **$3,539**
Balance updated          **May 31, 2023**

### MOHELA/DOFED    >

Balance                               $0
Balance updated          Dec 19, 2016

### MOHELA/DOFED    >

Balance                               $0
Balance updated          Dec 19, 2016

### MOHELA/DOFED    >

Balance                               $0
Balance updated          Dec 19, 2016

3 closed accounts ^

## Other accounts

Total balance: $0

11:06

◀ Search

**ıntuıt**
creditkarma

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your TransUnion report.

| CAPITAL ONE | Bank |
|---|---|
| Inquiry: May 23, 2022 | (800) 955-7070 |

| CAPITAL ONE | Bank |
|---|---|
| Inquiry: Jul. 23, 2021 | (800) 955-7070 |

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

*Clean slate! As of Jun. 19, 2023, you have no collection accounts on your credit report.*

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Jun. 19, 2023, you have no public records on your report.*

 Today    Credit   Cards    Loans    Money

11:05

◀ Search



# INTUIT
## creditkarma

✕

## Accounts

Here's every account on your TransUnion report. Click on the account name for more details.

---

### See an error?

You can submit a dispute without leaving Credit Karma. Look for Direct Dispute™ in the details of the account.

---

**CREDIT CARDS**

**CAPITAL ONE**                        $704.00   +
Reported: Jun. 13, 2023                 Closed

**OPENSKY CAPITAL BANK
NA**                                    $0.00     +
Reported: Jul. 21, 2021                 Closed

**OTHER LOANS**

**MORGAN PROPERTIES
MANAGE**                                $0.00     +
Reported: Apr. 30, 2023              In good
                                     standing

**VERIZON**                            $0.00      +
Reported: Mar. 25, 2023                 Closed



**Hide closed (1)**

| 🗒️ Today | 〽️ Credit | 💳 Cards | 🪙 Loans | 💵 Money |
|---|---|---|---|---|

DR 07/18/2023 (00KK03)-50.160934.11023430

**11:06**

◀ Search

‹          ✕

## STUDENT LOANS

**MOHELA/DEPT OF ED**
Reported: May 31, 2023

**$3,539.00**
In good
standing
+

**MOHELA/DEPT OF ED**
Reported: May 31, 2023

**$5,056.00**
In good
standing
+

**MOHELA/DEPT OF ED**
Reported: Dec. 19, 2016

**$0.00**
Closed
+

**MOHELA/DEPT OF ED**
Reported: Dec. 19, 2016

**$0.00**
Closed
+

**MOHELA/DEPT OF ED**
Reported: Dec. 19, 2016

**$0.00**
Closed
+

**Hide closed (3)**

## Hard Inquiries

When you apply for a new credit account, a hard
inquiry will usually get added to your report, which can
make a small dent in your score. Here are the inquiries
on your TransUnion report.

**CAPITAL ONE**
Inquiry: May 23, 2022

**Bank**
**(800) 955-7070**
+


Today

Credit


Cards

Loans


Money

DR 07/18/2023 (00NR03) 43:16099:11025430

2:33



## VERIZON           &gt;

| | |
|---|---|
| Balance | $0 |
| Balance updated | Mar 25, 2023 |

1 closed account ^

## 0 collections

TransUnion has no collections on file for you as of Jul 05, 2023. If you fall behind on payments, your lender or service provider may sell your debt to a collections agency, so remember to pay on time.

## 2 inquiries

These lenders have accessed your credit file:

**CAPITAL ONE**       &gt;

| | |
|---|---|
| Inquiry date | May 23, 2022 |
| Removal date | Jun 2024 |

**CAPITAL ONE**       &gt;

| | |
|---|---|
| Inquiry date | Jul 23, 2021 |
| Removal date | Aug 2023 |

usa.experian.com

11:05 EXHIBIT (H) ﹒ㅐ﹒ᴵ ᵔ ⁴

◄ Search



< **INTUIT creditkarma**  ✕

View report from

Jun 19, 2023 ⌄

## REBEKAH E HARRIS

# 595

Calculated using VantageScore 3.0
Provided by TransUnion

## Personal Information

**NAMES REPORTED**

REBEKAH E HARRIS

**EMPLOYMENT INFO**

HMS HOST

**ADDRESSES REPORTED**



| | | | | |
|---|---|---|---|---|
| 🗒 Today | -ᴧ- Credit | Cards | 🪙 Loans | 🖼 Money |

PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



**UNITED ST...**
**POSTAL SE...**

- Expected delivery date specifie...
- Domestic shipments include $1...
- USPS Tracking® service include...
- Limited international insurance.
- When used internationally, a cu...

*Insurance does not cover certain items. F...
Domestic Mail Manual at *http://pe.usps.co...
** See International Mail Manual at *http://...

**FLAT RATE ENV...**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS...**


PS00001000014

**UNITED STATES**
**POSTAL SERVICE.**   *Retail*

**P**   **US POSTAGE PAID**
**$9.65**   Origin: 19701
07/13/23
0902200701-11

**PRIORITY MAIL®**

0 Lb 6.90 Oz

**RDC 01**

EXPECTED DELIVERY DAY: 07/15/23

C043

SHIP
TO:   555 W ADAMS ST
CHICAGO IL 60661-3719

**USPS TRACKING® #**



9505 5163 0826 3194 2937 97



FROM:
Rebekah Harris
2615 Chipmunk Ct.
Bear, DE 19701

TO:

TransUnion LLC
555 West Adams St.
Chicago, IL 60661

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.



# UNITED STATES POSTAL SERVICE®

# PRIORITY®
# MAIL

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.