# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| REBEKAH HARRIS,<br>    Plaintiff, | CASE NO. 1:23-CV-00809-RGA |
| vs. | |
| TRANSUNION, LLC,<br>    Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC

Plaintiff Rebekah Harris ("Plaintiff"), *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: June 6, 2024

*/s/ Rebekah Harris (with consent)*
Rebekah Harris
2615 Chipmunk Ct.
Bear, DE 19701

*Pro Se Plaintiff Rebekah Harris*

Date:  June 6, 2024                             */s/ Blake A. Bennett*
                                                Blake A. Bennett, Esq. (#5133)
                                                Cooch & Taylor, P.A.
                                                1000 N. West St., Suite 1500
                                                Wilmington, DE  19801
                                                Telephone:  (302) 984-3800
                                                E-Mail:  bbennett@coochtaylor.com

                                                *Counsel for Defendant Trans Union, LLC*

                                                Scott E. Brady, Esq. (IN# 30534-49)
                                                 (admitted *Pro Hac Vice)*
                                                Quilling, Selander, Lownds, Winslett &
                                                Moser, P.C.
                                                10333 N. Meridian St., Suite 200
                                                Indianapolis, IN 46290
                                                Telephone:  (317) 497-5600, Ext. 602
                                                Fax:  (317) 899-9348
                                                E-Mail: sbrady@qslwm.com

                                                *Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of June, 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th day of June, 2024**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Rebekah Harris<br>2615 Chipmunk Ct.<br>Bear, DE 19701 | |
|---|---|

*/s/ Blake A. Bennett*
Blake A. Bennett, Esq. (#5133)
Cooch & Taylor, P.A.
1000 N. West St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3800
E-Mail: bbennett@coochtaylor.com

*Counsel for Defendant Trans Union, LLC*