# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

REBEKAH HARRIS,  
    Plaintiff,

CASE NO. 1:23-CV-00809-RGA

vs.

TRANSUNION, LLC,  
    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC

Plaintiff Rebekah Harris, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Rebekah Harris against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Rebekah Harris and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: June 17, 2024

/s/ Richard G. Andrews  
The Honorable Richard G. Andrews,  
United States District Court, District of Delaware

DISTRIBUTION TO:

| | |
|---|---|
| Rebekah Harris<br>2615 Chipmunk Ct.<br>Bear, DE 19701 | Scott E. Brady, Esq.<br>sbrady@qslwm.com |
| Blake A. Bennett, Esq.<br>bbennett@coochtaylor.com | |